UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| QUESHIA CHERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 2:17-CV-28-D** |
| NANCY A. BERRYHILL, Acting Commissioner ) | |
| of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing.

**This Judgment Filed and Entered on November 27, 2017, and Copies To:**
Vaughn Stephen Clauson             (via CM/ECF electronic notification)
Leo R. Montenegro                  (via CM/ECF electronic notification)

DATE:                              PETER A. MOORE, JR., CLERK
November 27, 2017                  (By) /s/ Nicole Briggeman
                                   Deputy Clerk