UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| QUESHIA CHERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:17-CV-28-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the United States Social Security Administration agrees to pay attorney fees in the amount of $5,000, in full satisfaction of any and all attorney fee claims Plaintiff may have in this case under the Equal Access to Justice Act. These attorney fees are payable to plaintiff as the prevailing party and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt plaintiff may owe to the United States government. If, after the entry of this Order, the Commissioner determines that plaintiff owes no debt to the United States that would subject this award of attorney fees to offset, the Commissioner may honor the plaintiff's assignment of EAJA fees providing for payment of the subject fees to plaintiffs counsel, rather than to plaintiff. If, however, the Commissioner discovers that plaintiff owes the United States any debt subject to offset, the Commissioner will pay any attorney fees remaining after such offset to plaintiff, rather than to counsel.

**This Judgment Filed and Entered on January 19, 2018, and Copies To:**
Vaughn Stephen Clauson                               (via CM/ECF electronic notification)
Leo R. Montenegro                                         (via CM/ECF electronic notification)


DATE:                                                              PETER A. MOORE, JR., CLERK
January 19, 2018                                             (By) /s/ Nicole Briggeman
                                                                          Deputy Clerk